**Exhibit A**

Table of Last-Observed Infringements by Defendants of Wicked Pictures's Copyright in the Motion Picture "BAD TEACHERS UNCOVERED," Copyright Reg. No. PA0001778667

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.20.142.10 | 2012-03-17 07:17:15 -0400 | Verizon Internet Services | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 2 | 108.49.106.221 | 2012-01-30 13:53:07 -0500 | Verizon Internet Services | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 3 | 108.49.106.92 | 2012-02-07 17:37:27 -0500 | Verizon Internet Services | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 4 | 108.7.64.252 | 2012-03-13 13:08:47 -0400 | Verizon Internet Services | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 5 | 173.48.186.242 | 2012-02-05 00:59:38 -0500 | Verizon Internet Services | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 6 | 173.48.245.72 | 2012-01-28 13:17:08 -0500 | Verizon Internet Services | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 7 | 173.76.161.83 | 2012-02-13 10:27:19 -0500 | Verizon Internet Services | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 8 | 24.128.72.99 | 2012-02-13 16:43:56 -0500 | Comcast Cable | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 9 | 24.147.168.131 | 2012-01-28 20:39:48 -0500 | Comcast Cable | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 10 | 24.218.146.126 | 2012-02-24 18:03:14 -0500 | Comcast Cable | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 11 | 24.25.137.199 | 2012-03-08 07:40:39 -0500 | Road Runner | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 12 | 24.34.167.54 | 2012-03-25 10:46:35 -0400 | Comcast Cable | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 13 | 66.30.22.47 | 2012-01-28 14:26:07 -0500 | Comcast Cable | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 14 | 66.31.107.126 | 2012-01-28 00:20:47 -0500 | Comcast Cable | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 15 | 66.31.139.250 | 2012-03-14 20:55:49 -0400 | Comcast Cable | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 16 | 66.31.42.87 | 2012-01-28 13:16:43 -0500 | Comcast Cable | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 17 | 67.186.133.199 | 2012-01-30 14:18:33 -0500 | Comcast Cable | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 18 | 67.189.241.91 | 2012-01-31 20:35:45 -0500 | Comcast Cable | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 19 | 69.193.27.108 | 2012-02-03 03:10:46 -0500 | Road Runner | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 20 | 71.184.204.217 | 2012-02-25 00:09:56 -0500 | Verizon Internet Services | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 21 | 71.184.241.25 | 2012-02-28 22:44:14 -0500 | Verizon Internet Services | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 22 | 71.233.44.157 | 2012-02-04 14:40:33 -0500 | Comcast Cable | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 23 | 71.235.27.94 | 2012-01-29 14:28:18 -0500 | Comcast Cable | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 24 | 71.89.10.0 | 2012-02-11 15:45:29 -0500 | CHARTER COMMUNICATIONS | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 25 | 72.93.110.247 | 2012-03-20 21:45:01 -0400 | Verizon Internet Services | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 26 | 74.70.220.166 | 2012-01-27 10:49:09 -0500 | Road Runner | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 27 | 74.76.28.4 | 2012-02-19 17:56:37 -0500 | Road Runner | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |

| Doe 28 | 75.69.251.168   | 2012-02-25 17:24:04 -0500 | Comcast Cable             | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 29 | 76.118.234.104  | 2012-03-25 23:59:10 -0400 | Comcast Cable             | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 30 | 76.119.211.230  | 2012-01-30 23:59:26 -0500 | Comcast Cable             | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 31 | 76.119.64.84    | 2012-01-28 13:17:09 -0500 | Comcast Cable             | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 32 | 76.24.2.2       | 2012-03-20 11:11:09 -0400 | Comcast Cable             | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 33 | 96.233.54.86    | 2012-01-27 23:59:28 -0500 | Verizon Internet Services | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 34 | 96.237.249.79   | 2012-02-19 10:01:47 -0500 | Verizon Internet Services | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 35 | 96.252.89.127   | 2012-01-29 07:07:16 -0500 | Verizon Internet Services | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 36 | 96.252.93.94    | 2012-01-27 11:46:15 -0500 | Verizon Internet Services | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 37 | 98.216.9.40     | 2012-01-24 17:43:05 -0500 | Comcast Cable             | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 38 | 98.217.117.216  | 2012-03-26 12:37:50 -0400 | Comcast Cable             | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 39 | 98.217.248.131  | 2012-02-02 02:40:20 -0500 | Comcast Cable             | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 40 | 98.229.34.143   | 2012-02-21 01:19:21 -0500 | Comcast Cable             | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |
| Doe 41 | 98.229.63.87    | 2012-02-23 20:28:44 -0500 | Comcast Cable             | BitTorrent | 23a053a7aaf0ecb57ae52d1b036987c506b01941 |