*UNITED STATES DISTRICT COURT*
*FOR THE*
*DISTRICT OF MASSACHUSETTS*

FILED
IN CLERKS OFFICE

SBO Pictures, Inc. dba Wicked Pictures
*Plaintiff*

v.

DOES 1-41
*Defendant*

2012 JUN 21  P 2: 52   Civil Action No. 12-CV-10804-JCB/JLT

U.S. DISTRICT COURT
DISTRICT OF MASS

# MOTION OF NONPARTY TO QUASH OR VACATE SUBPOENA

Dear U.S. District Court of Massachusetts:

I am writing in regards to Subpoena, Civil Action No. 12-CV-10804-JCB, entered June 5, 2012 at the U.S. District Courts for the District of New Jersey and, Civil Action No. 12-CV-10804-JLT, entered June 4, 2012 at the U.S. District Courts for the District for the Massachusetts; Comcast File #: 388436 as noted in Comcast correspondence from June 13, 2012 (copies of all received attached). **I respectfully request a Motion of Nonparty to Quash or Vacate the Subpoena, Civil Action No. 12-CV-10804-JCB/JLT, for the following reasons:**

(1) I have wireless internet service through Comcast and someone else hacked into my wireless internet without my knowledge or consent.  Therefore, I am being wrongly targeted and threated.

(2) The Internet Protocol Address (IP) listed and highlighted (please see attachment A) as indicated for DOE 29 is not the internet protocol address for my computer.

(3) I do not have the software or hardware necessary to download and copy movies in or on my computer.

(4) I am aware that criminals target people for identity thefts, scams, extortions, and try anything to get our personal information for dishonest and fraudulent purposes.

(5) The Subpoena crosses state lines (Marlton, New Jersey is more than 200 miles away from where I live in Boston, Massachusetts) and raises questions to me about legitimacy; as well as, specifically requesting to identify my "email addresses" and "my telephone number", which would have nothing to do with downloading and copying anything, raises red flags to me.  Email addresses and telephone numbers are what companies, telemarketers, criminals pay good to get, no matter how, and especially hackers/criminals use these to access, target and harass people without mercy.

(6) This Subpoena request for my personal information breaks my constitutional right to privacy and my privacy agreement with Comcast by requiring disclosure of privileged and other protected matter.  Nothing presented is related to me i.e. none of the IP addresses listed are my computer's IP address, I don't have the right equipment/software to copy movies, etc.

(7) The Subpoena subjects me to unlawful accusations, harassment, and undue burden. Many people are subject to being scammed into giving their personal information and then have problems that affect/effect their health/financial security/safety.  I do not need those kinds of stress/problems.  My safety, peace of mind, health, financial security, and privacy are very important to me.

Please consider my request for motion of nonparty to quash or vacate this subpoena and protect my privacy from this fraudulent method of trying to get my personal information.  Thank you and I greatly appreciate your understanding and your consideration in this matter.

DATE: June 21, 2012

DOCKETED

SIGNATURE:  DOE 29 (as listed on Attachment A)
Civil Action No. 12-CV-10804-JCB/JLT
Comcast File #: 388436

Denied
J Tauro
6/25/12

