# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SBO PICTURES,              )<br>      **Plaintiff**              )<br>                                    )<br>      **v.**                         )<br>                                    )<br>**DOES 1-41**                 )<br>      **Defendants**           ) | CIVIL ACTION NO.: 12-cv-10804-JLT |

## MOTION (ASSENTED TO) OF DEFENDANT, DOE 40, FOR LEAVE TO PROCEED UNDER A PSEUDONYM

NOW COMES the defendant Doe 40, by his attorneys, who respectfully requests leave to proceed under the pseudonym, Doe 40, for the reasons set forth in the accompanying memorandum of law.  Doe 40 plans to file a motion to quash the subpoena served upon his internet service provider and to sever the claims against all defendants on grounds that they have been improperly joined.  Doe 40 wishes to remain anonymous unless and at least until such time as the Court denies his motion.  In support of the present motion, Doe 40 states that the plaintiff assents to it.

WHEREFORE, Doe 40 prays that this Court will grant his motion.

                                          Respectfully submitted,
                                          The Defendant, Doe 40,

                                          By his Attorneys,


                                          /s/Nicholas S. Guerrera
                                          Nicholas S. Guerrera, BBO#551475
                                          Shaheen Guerrera & O'Leary, LLC
                                          Jefferson Office Park
                                          820A Turnpike Street
                                          North Andover, MA 01845
                                          (978) 689-0800
Dated: 7/3/12                            nguerrera@sgolawoffice.com

## L.R. 7.1(a)(2) CERTIFICATION

The undersigned counsel hereby certifies that on July 3, 2012, he conferred with counsel for the plaintiff by telephone in a good faith attempt to resolve or narrow the issues presented by the within motion and that the plaintiff assents to the motion.

        /s/Nicholas S. Guerrera
        Nicholas S. Guerrera

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was this day sent electronically through the ECF system to all counsel of record for the parties.

Dated: 7/3/12        /s/Nicholas S. Guerrera
        Nicholas S. Guerrera